Exhibit A to the Complaint

**Location:** Schwenksville, PA  
**Total Works Infringed:** 29

**IP Address:** 96.227.92.195  
**ISP:** Verizon Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 677EC7C04A87BA2EAF3A693E65809232888B5B64<br>File Hash:<br>D0299BDB3F55847A45CDFC26F8A8E965F152CAE839275B38E761C4723D7E0480 | 10/11/2024<br>14:41:53 | TushyRaw | 10/08/2024 | 10/16/2024 | PA0002494718 |
| 2 | Info Hash: 42760C789DF05E530C33EE99321EA23F020F1E44<br>File Hash:<br>6E91C73710889210AA62845010E6ABDA3BC6CA50E41671610BF43D90293C58A4 | 10/06/2024<br>15:53:44 | Blacked | 10/05/2024 | 10/16/2024 | PA0002494696 |
| 3 | Info Hash: D1ED713CA2462D67F26E8BF8213114A49CDB681F<br>File Hash:<br>3B615C4BF233F944C38FD6C72C5FEA8149CFCB0CFDCCD91711EFC9C016B556A2 | 09/25/2024<br>12:34:05 | Tushy | 09/22/2024 | 10/16/2024 | PA0002494781 |
| 4 | Info Hash: 79697E57DBB146BFC6D554DC1A6A943D4197AB32<br>File Hash:<br>E0820E05EB60CEA081936669C7F7A5D89DCAAEFF05D895638B2D52378C991DC8 | 09/19/2024<br>02:52:25 | Vixen | 05/10/2024 | 06/18/2024 | PA0002476920 |
| 5 | Info Hash: 9D392B54D5FFE92319F3737CC962F7D65B301E64<br>File Hash:<br>40EF01F03984C9D13BF0456533F255FA6BE392C1D2C44303F39B3735E11C2590 | 09/07/2024<br>18:42:35 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 6 | Info Hash: D53DEB6224749EF0821E7DCF352B9B6EBC47B267<br>File Hash:<br>3F33F69646EFF037AABC7AAC212C82C3B591733664D8A3D84EE6CA9BB95D06F1 | 09/04/2024<br>01:30:56 | TushyRaw | 09/03/2024 | 09/18/2024 | PA0002490531 |
| 7 | Info Hash: E6684B688EB24D22565D5CD5A432D5203F0F6169<br>File Hash:<br>05CBA0A77230E1A2EADF872050C563CFB53E8EAA51CB6B97E510A72B9D1B69DA | 08/31/2024<br>22:45:34 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 8 | Info Hash: 310601F0A679046A4A884D346F18F1D0FE301B6D<br>File Hash:<br>9BBC0210C3FE9FB1BCB99C109809BCBB6DB08C06FB06F920B953DC5368249CFF | 08/29/2024<br>02:03:56 | Vixen | 08/23/2024 | 09/18/2024 | PA0002490435 |
| 9 | Info Hash: 8F2DA95E6D53EDB6BE7BA538BBFDC8D7ACC86A7E<br>File Hash:<br>295DA681276A2E1A9FEDED73B52E6C60BF6D4BC721B0F93E8499627CD0C9620D | 08/16/2024<br>01:50:54 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 10 | Info Hash: 7375A901D3BE6952F99CAA1D89017336B02F3765<br>File Hash:<br>96C0671844877EDE8F1AEC3F74E902A3FE0A4EDAF32015C67A9FE43C2E03CB84 | 08/03/2024<br>20:46:59 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |
| 11 | Info Hash: 93932338FA54CE7CA84157E4C4200F52DF40FE9C<br>File Hash:<br>56814AAA9EE9B7193F16F1BD7298AD70D090336D3FB6052426DEF4142B4E767D | 06/16/2024<br>13:59:30 | Vixen | 06/14/2024 | 07/16/2024 | PA0002480600 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 543406805A25DC23DDA40C17DEF980E50426A5E0<br>File Hash: 706A2CBC43175C21BF2C5DFB65DDCC9A809B570AF8DE5E088FD84768F3D9EB65 | 05/19/2024 21:56:35 | Vixen | 05/17/2024 | 06/18/2024 | PA0002476876 |
| 13 | Info Hash: 6C888036F361D0F1C6D15BE99EAD140D33A0F5C4<br>File Hash: 264B24FDE9371CBF9000731BC1E46C153BE935EAA94E4416945A2285254EC115 | 05/04/2024 09:48:13 | Vixen | 04/26/2024 | 05/09/2024 | PA0002470230 |
| 14 | Info Hash: 60B23B75CB6129C70A44720EEAAD17BEBDE21454<br>File Hash: FBA3F588BB6977C3B094CCA34D0E6A2DA5D760287621DB813F71B9C5297081AC | 04/04/2024 18:13:49 | Blacked | 04/03/2024 | 04/10/2024 | PA0002464919 |
| 15 | Info Hash: 493A9DB763093598E7F31859EFA253807432CD8C<br>File Hash: BF89DA09F113C975BC52616E1F8EC8213814447DBC1782DEAEF75070FBE24684 | 02/27/2024 20:30:16 | Vixen | 02/23/2024 | 03/13/2024 | PA0002459589 |
| 16 | Info Hash: E6E94E736131967FDA771A18CC58D042E0B12FFA<br>File Hash: EAD7A875AF24D66045AC16808606CDDBD191FF50A3951F15F4DA831B72DB332F | 02/26/2024 17:58:01 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 17 | Info Hash: 12E04C82096E8CD44633A426BCE5ABCE144566AD<br>File Hash: 28172F32B40AD6D4E8F5E5188D2CFA60D6FF5E2A5A400FFAE17415F3152235F8 | 02/14/2024 18:05:49 | TushyRaw | 02/13/2024 | 03/12/2024 | PA0002459334 |
| 18 | Info Hash: 98197E204DD1E640BEF7AA537A4FBE824762BEA3<br>File Hash: C8292499AF7E374121E53A6973C4035F46F577E2B74E81A76828AD34E2F59CE4 | 02/12/2024 03:58:03 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 19 | Info Hash: 09855072A84B4BBF2D6180DEFEC9F259DC6D31E6<br>File Hash: A267716F682A0BB0C8391FCCB2CE8568AF6E03D0097BD537F5CB4ABA629C9ACB | 02/03/2024 03:42:37 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 20 | Info Hash: 773375756E29F48AD83D332B2587CF1C7DA1BA71<br>File Hash: 75B315AAF9137542699E7C4BD95EAA8DDA3BAFBAD2DA297594F94B59E35219D9 | 01/24/2024 19:55:15 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 21 | Info Hash: CC845533BB056852993B07BA306FBA69FE418344<br>File Hash: AF82593BF578A5FAF062230C4A5E190184E9D60BA5793A14AAF670BFEB9F4625 | 01/15/2024 22:36:59 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 22 | Info Hash: 192D90AA4CEF89439DAF59A2855B0CB547ECC2F5<br>File Hash: 2D1AAA2ED3B5798F4C25FB40DEAB4590EDDFCA3E3780D643C040087410513F78 | 01/15/2024 22:14:44 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 23 | Info Hash: FB156C5F688006303EBDC9CDFF1772336FBA53F8<br>File Hash: AA440904DA6EA255A08796CF905511ED70E555C6C6F2BA78A948AFACA478FD0A | 08/05/2023 20:36:08 | TushyRaw | 08/02/2023 | 08/17/2023 | PA0002425540 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6C639AA8446F7F87521D3F3E65244D3164287F1A<br>File Hash: 4DEB83BF65F44F882F54385B87EC7169F82748E2F40DE7B3152E2B00BAC018EB | 05/22/2023 17:31:42 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 25 | Info Hash: F8FBC36D824DEAFA3B0065D6F5B56870A30EE4DD<br>File Hash: C9BE0488CC1277581F0DE03434554ECFA894B8DFC32605AA8319A2FC7BC19879 | 04/17/2023 14:57:26 | Vixen | 04/14/2023 | 05/15/2023 | PA0002411265 |
| 26 | Info Hash: 21A2845346091F5C6640233B97139C5098FFE408<br>File Hash: C04D526F2D183862334513293B8A22620011286784F1702EE7A53B03A5570927 | 03/20/2023 06:04:05 | Vixen | 03/17/2023 | 04/10/2023 | PA0002405944 |
| 27 | Info Hash: D54AA0900EF67CFEEA274727BD1234A04A851773<br>File Hash: 9E03E8F2EAC1127ABBE3600BBFD0799C99F41910D75F365CA4859CA4C9F337FB | 02/20/2023 05:38:02 | Vixen | 02/17/2023 | 03/08/2023 | PA0002400563 |
| 28 | Info Hash: AB6EBAFD49EADD71F2316803BF55B6FB26B81EFA<br>File Hash: 22615C4D20273E938E3CC616950F1799A09B612D67EDC9E5CEBB1131A780617F | 02/13/2023 22:14:42 | Blacked | 02/11/2023 | 03/07/2023 | PA0002400311 |
| 29 | Info Hash: A6D8F7D4C171F92B974D699DEED775D9F49AB6ED<br>File Hash: A08F7FC0A88AA1C8F2C4644AF5217623DD09124D80F116988FC939FDFF3EBC01 | 09/11/2022 16:24:30 | Vixen | 09/09/2022 | 10/05/2022 | PA0002373766 |